# EXHIBIT 2

# Guaranty

January 27, 2017

Ladies and Gentlemen:

Reference is made to the Private Placement Memorandum and the Exhibits, dated January 26, 2017 ("Memorandum"), issued by TRC Funding Group No. 1 LLC ("TRC") to prospective investors, and which is attached hereto as Exhibit "A".

Effective from the date hereof, the undersigned, Lonny Bramzon, on behalf of Bramzon & Associates Specialty Litigation LLC ("BASL"), as its sole manager and stakeholder, hereby asserts that BASL elects to be a "Guarantor" of the faithful performance of the financial commitments and obligations by TRC Funding Group No. 1 LLC to each investor who subscribes and purchases Preferred Series A Units, Preferred Series A-IRO Units, Preferred Series B Units and/or Preferred Series C Units ("Investor") pursuant to the terms set forth in the Memorandum and corresponding accepted Subscription Agreements with each Investor.

BASL confirms that it currently has a docket of approximately 12,500 transvaginal cases and 2,500 other cases, including but not limited to Xarelto, Pradaxa, Risperdahl, IVC blood clot filter, Talc Powder, Invokana and Benicar, thousands of which are currently in various stages of the settlement process for its clients.

Without limiting the generality of the foregoing, BASL hereby agrees to perform all the obligations of a Guarantor to TRC's financial obligations to each Investor, to the same extent and with the same force and effect as if the undersigned were the issuer of the Memorandum and accepted each Investor's Subscription Agreement.

The undersigned acknowledges that this Guaranty shall be effective upon its execution and delivery by the undersigned to TRC. Further, it shall not be necessary for Guarantor to execute this Agreement for each Investor that receives a copy of this Guaranty. This Agreement shall be construed in accordance with and governed by the laws of the State of Florida.

Very truly yours,

_____

Lonny Bramzon, Manager on behalf of
Bramzon & Associates Specialty Litigation LLC
2101 L Street NW, Suite 800
Washington, DC 20037

[Notary Seal: KIRSTON LLOYD, NOTARY PUBLIC, MY COMMISSION EXPIRES 10/31/2021, DISTRICT OF COLUMBIA]

District of Columbia: SS
Subscribed and Sworn to before me
this  1  day of  FEBRUARY , 2017

_____
Kirston Lloyd, Notary Public, D.C.
My commission expires October 31, 2021

1

## Guaranty

April 17, 2017

Ladies and Gentlemen:

Reference is made to the Private Placement Memorandum and the Exhibits, dated January 31, 2017 ("Memorandum"), issued by TRC Funding Group No. 1 LLC ("TRC") to prospective investors, and which is attached hereto as Exhibit "A".

The undersigned, Lonny Bramzon, on behalf of Bramzon & Associates Specialty Litigation LLC ("BASL"), as its sole manager and stakeholder, hereby asserts that BASL elects to be a "Guarantor" of the faithful performance of the financial commitments and obligations by TRC Funding Group No. 1 LLC to each investor who subscribes and purchases Preferred Series A Units, Preferred Series A-IRO Units, Preferred Series B Units and/or Preferred Series C Units ("Investor") pursuant to the terms set forth in the Memorandum and corresponding accepted Subscription Agreements with each Investor.

BASL confirms that it currently has a docket of approximately 12,500 transvaginal cases and 2,500 other cases, including but not limited to Xarelto, Pradaxa, Risperdahl, IVC blood clot filter, Talc Powder, Invokana and Benicar, thousands of which are currently in various stages of the settlement process for its clients.

Without limiting the generality of the foregoing, BASL hereby agrees to perform all the obligations of a Guarantor to TRC's financial obligations to each Investor, to the same extent and with the same force and effect as if the undersigned were the issuer of the Memorandum and accepted each Investor's Subscription Agreement.

The undersigned acknowledges that this Guaranty shall be effective upon its execution and delivery by the undersigned to TRC. Further, it shall not be necessary for Guarantor to execute this Agreement for each Investor that receives a copy of this Guaranty. This Agreement shall be construed in accordance with and governed by the laws of the State of Florida.

4/14/17

Very truly yours,

Lonny Bramzon, Manager on behalf of
Bramzon & Associates Specialty Litigation LLC
2101 L Street NW, Suite 800
Washington, DC 20037



Notary Public State of Florida
Heidi Laub
My Commission FF 206737
Expires 03/05/2019

Personally Known -
Brawned Only