# EXHIBIT 3

**Guaranty**

Dr. Kevin Friedman
1640 Canopy Chase Drive
Atlanta, GA   30319
April 17, 2017

Dear Kevin:

    Reference is made to the Private Placement Memorandum and the Exhibits, dated January 31, 2017 ("Memorandum"), issued by TRC Funding Group No. 1 LLC ("TRC") to prospective investors, and which is attached hereto as Exhibit "A".

    Effective from the date hereof, the undersigned, Mitchell Hammer ("Hammer"), individually, hereby asserts that he elects to be a "Guarantor" of the faithful performance of the financial commitments and obligations by TRC Funding Group No. 1 LLC to you, Kevin Friedman who subscribed and purchased a total of eighty-five (85) Preferred Series A-IRO Units, of which twenty-five (25) Units were purchased on January 13, 2017 and sixty (60) Units were purchased today, pursuant to the terms set forth in the Memorandum and corresponding accepted Subscription Agreements with each Investor.

    Without limiting the generality of the foregoing, Hammer hereby agrees to perform all the obligations of a Guarantor to TRC's financial obligations to you, to the same extent and with the same force and effect as if the undersigned were the issuer of the Memorandum and accepted each Investor's Subscription Agreement.

    The undersigned acknowledges that this Guaranty shall be effective upon its execution and delivery by the undersigned to TRC.  This Agreement shall be construed in accordance with and governed by the laws of the State of Florida.

Very truly yours,

*Mitchell Hammer* (signature)

Mitchell Hammer, individually

4/14/17
Personally Known
*[notary signature]*

Notary Public State of Florida
Heidi Laub
My Commission FF 206737
Expires 03/05/2019

*[signature]*